# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William Parker, <br> *Plaintiff* <br> v. <br> G4S Secure Solutions USA, Inc., <br> *Defendant* | ) ) ) ) ) )     Civil Action No.    8:16-cv-02993-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the defendant's motion to dismiss is granted and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.


Date: August 29, 2017                *ROBIN L. BLUME, CLERK OF COURT*

                                                                            s/Ashley Buckingham

                                                                            *Signature of Clerk or Deputy Clerk*